```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                      CASE NO. 08 B 03331
       ZEMARY M CONNERS
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

               Debtor
       SSN XXX-XX-5114


----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.   The case was filed on 02/14/08 and confirmed on 04/18/08.

     2.   The case was dismissed after confirmation, 10/17/2008.

     3.   The Debtor paid a total of $   1800.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 25100.60 | 1042.74 | 654.86 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOANS | UNSECURED | NOT FILED | .00 | .00 |
| STONE PARK POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| WOODRIDGE POLICE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25100.60 | .00 | .00 | .00 | 25100.60 |
| PRINCIPAL PAID | 654.86 | .00 | .00 | .00 | 654.86 |
| INTEREST PAID | 1042.74 | .00 | .00 | .00 | 1042.74 |
| TOTAL PAID | 1697.60 | .00 | .00 | .00 | 1697.60 |

```
  The Debtor's attorney, CHANG & CARLIN              , was allowed $   3500.00
  and was paid $    372.00  direct and $      .00  through the plan.

  The Trustee received $     102.40 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE